```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DOUGLAS STILWELL,                        :   24cv7707(DLC)
                                         :
                     Plaintiff,          :   ORDER
          -v-                            :
                                         :
NORTHWELL HEALTH, INC., et al.,          :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On Tuesday, October 15, 2024, at 11:17 AM, an ECF notification was issued in this action in error. The document attached to the ECF notification was not docketed. The parties are instructed to disregard the erroneous ECF notification.

Dated:   New York, New York
         October 17, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge