UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------ X
                                     :      24cv7707(DLC)
DOUGLAS STILWELL,                    :
                                     :           ORDER
                     Plaintiff,      :
         -v-                         :
                                     :
NORTHWELL HEALTH, INC., et al.,      :
                                     :
                     Defendants.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On January 17, 2025, the defendants moved to dismiss this case for improper venue pursuant to Rule 12(b)(3), Fed. R. Civ. P., or, in the alternative, to transfer this case to the Eastern District of New York. As set forth in the telephone conference held on January 23, 2025, it is hereby

ORDERED that the plaintiff shall file any response to that motion by January 31, 2025, and the defendants shall file any reply by February 7, 2025.

Dated:    New York, New York
          January 23, 2025

_____
          DENISE COTE
United States District Judge